UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ANTHONY INFANTOLINO,

                Plaintiff,

-against-

JOINT INDUSTRY BOARD OF THE
ELECTRICAL INDUSTRY,

                Defendant.
---------------------------------------------------------------X

JUDGMENT
03-CV- 4134 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 27 2006 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on October 26, 2006, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated September 25, 2006; granting defendant's motion for summary judgment; and dismissing plaintiff's complaint; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted; that defendant's motion for summary judgment is granted; and that plaintiff's complaint is dismissed.

Dated: Brooklyn, New York
       October 26, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court